592

Argued September 22, 1981. Daniel Stern, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the Court of Common Pleas of Perry County, docketed at No. 205 of 1979 is affirmed.

450 A.2d 1037

Commonwealth v. Hinton, Appellant.

Argued May 3, 1982. Nancy V. Larkin, Assistant Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

450 A.2d 1037

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted January 18, 1982. Steven J. Zwicky, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

450 A.2d 1037

Commonwealth v. Johnson, Appellant.

Submitted September 14, 1981. Joseph V. Monaghan, III, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 1037

Commonwealth v. Knight, Appellant.

Petition for Allowance of Appeal
Denied March 3, 1983.